**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6922**

_____

PREMIERE ANTOINE POUNCEY,

> Plaintiff - Appellant,

> v.

CHRISTOPHER ZANE BRYANT; ALAN LENNAU BERRY, JR.; LATTA POLICE DEPARTMENT,

> Defendants.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge.  (4:23-cv-03215-RBH)

_____

Submitted:  December 19, 2023                    Decided:  December 27, 2023

_____

Before HARRIS, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Premiere Antoine Pouncey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Premiere Antoine Pouncey appeals the district court's order accepting the recommendation of the magistrate judge as modified and denying relief on Pouncey's 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Pouncey v. Bryant*, No. 4:23-cv-03215-RBH (D.S.C. Aug. 29, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*